AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF MISSOURI

**FILED**

NOV 2 4 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| United States of America v. | ) ) ) Case No. 4:14 MJ 6203 TCM ) ) ) ) |
| ANTHONY JAMAL ALLRED | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 21, 2014_____ in the county of _____St. Louis_____ in the

_____Eastern_____ District of _____Missouri_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 922(g) | felon in possession of one or more firearms |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

James Taschner, TFO, DEA

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____11/24/2014_____

_____
*Judge's signature*

City and state: _____St. Louis, Missouri_____

Honorable Thomas C. Mummert III, U.S. Magistrate Judge
*Printed name and title*